IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                  )<br>                          Plaintiff,         )<br>                                                                  )<br>v.                                                             )<br>                                                                  )<br>ALBERTO GURROLA,                        )<br>a/k/a Alberto G. Rios                              )<br>                                                                  )<br>                          Defendant.     ) | Case No. 8:01MJ34<br><br><br><br><br>**ORDER OF DISMISSAL** |

This case is before the Court on the government's Motion for Dismissal (Filing No. 3).

**IT IS ORDERED:** the Motion for Dismissal (Filing No. 3) of the complaint against the named defendant, Alberto Gurrola, also known as Alberto G. Rios, is granted.

DATED this 2nd day of February, 2017.

                                                                                BY THE COURT:


                                                                                s/ F.A. GOSSETT III
                                                                                United States Magistrate Judge